# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**Plaintiff(s):** Joe Lanktree

County of Residence: Boone
County Where Claim For Relief Arose: Boone

**Defendant(s):** I-70 Towing LLC ; John Berghager

County of Residence: Boone

Plaintiff's Atty(s):

**Mark Potashnick**
**Weinhaus & Potashnick**
**11500 Olive Blvd. Suite 133**
**St. Louis, Missouri 63141**
**314 997-9150**

Defendant's Atty(s):

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
             Plaintiff:- N/A
             Defendant:- N/A

IV. Origin :                      1. Original Proceeding

V. Nature of Suit:                710 Fair Labor Standards Act

VI. Cause of Action:              29 U.S.C. §§ 201 et seq. Fair Labor Standards Act for failure to pay wages.

VII. Requested in Complaint
             Class Action:
             Dollar Demand:
             Jury Demand: **Yes**

Signature: **Mark Potashnick**

   Date: **June 8 2010**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**        Revised: 05/09/06

Case 2:10-cv-04124-NKL   Document 1-1   Filed 06/09/10   Page 1 of 1